UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JIMMY EARL DOWNS, | ) | |
| Plaintiff, | ) | 2:07-cv-0116-JCM-LRL |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID GRUSMAN, *et al.*, | ) | |
| Defendants. | ) | |

Presently before the court is plaintiff Jimmy Earl Downs' first motion for enlargement of time. (Doc. # 79). The plaintiff requests this court grant a forty-five (45) day enlargement of time in order for him to prepare and file his reply to defendants' opposition to his motion for partial summary judgment (doc. # 78).

The opposition was filed on September 23, 2010, which made the reply due October 7, 2010. However, as plaintiff stated in his motion, he did not receive his copy until September 28, 2010. He asserts that with only nine days left, he is unable to fully research and file his pro se reply. In addition, he suffers from nerve damage to his right hand, which makes hand-writing his reply a slow and painful process.

The defendants have not filed an opposition to the motion, and on August 30, 2010, this court granted them an extension of time to file their reply brief in support of their motion to dismiss and to

1  file their opposition to plaintiff's counter-motion for summary judgment. (Doc. #76).

2  Good cause appearing,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Jimmy Earl Downs' first motion for enlargement of time (doc. # 79) be and the same hereby is, GRANTED. Plaintiff must file his reply to defendants' opposition to his motion for summary judgment by November 22, 2010.

Dated this 1st day of November, 2010.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE